UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM G. BAKAS, an Individual, | Case No. 2:25−cv−05640 SB-SK |
| Plaintiff, | **ORDER RE JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(A)(1)** |
| v. | |
| CHARTER COMMUNICATIONS, LLC, dba SPECTRUM CABLE, a Delaware Corporation and a Limited Liability Company; PAUL MARCHAND, an Individual; BOB PRICHARD, an Individual; DAVID ACOSTA, an Individual; and DOES 1-10, Inclusive, | Honorable Stanley Blumenfeld, Jr. United States District Judge |
| Defendants. | Complaint Filed: May 8, 2025 Removal Filed:   June 20, 2025 |

## **ORDER**

Pursuant to the parties' stipulation at Dkt. No. 27, this case is dismissed without prejudice.

Dated: December 18, 2025

_____

STANLEY BLUMENFELD, JR.
United States District Judge